UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:12-0010 |
| ) | Judge Sharp/Bryant |
| CARLOS RESTREPO, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Counsel for the plaintiff has advised the Magistrate Judge's office that this matter has been settled. The initial case management conference scheduled for Tuesday, July 3, 2012, at 10:00 a.m. (Docket Entry No. 9) is **CANCELED.** The Clerk is directed to return this file to the District Judge.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge